■ In the Matter of JAMES MORRILL, Petitioner, v NEW YORK STATE RACING AND WAGERING BOARD, Respondent. [639 NYS2d 730]

Contrary to the petitioner's contention, the respondent's determination is supported by substantial evidence in the record *(see, Matter of Pell v Board of Educ.,* 34 NY2d 222).

The petitioner's remaining contentions are without merit *(cf., Matter of LaChance v Corbisiero,* 160 AD2d 293). Thompson, J. P., Joy, Hart and Florio, JJ., concur.